UNION GOLD GRAVEL COMPANY *vs.* CHAMBERS.

REFUSAL OF INJUNCTION, FROM WHITE. Judgments. Injunction. (Before Judge Branham.)

Blandford, J.—It requires a strong case to authorize a chancellor to enjoin a judgment at law. Where no such case was made, and the affidavits were conflicting, the discretion of the chancellor in refusing the injunction will not be controlled.

Judgment affirmed.

C. H. Sutton, by brief, for plaintiff in error.

Crane & Jones, by brief, for defendant.

---

BRINSON *vs.* STATE.

CARRYING CONCEALED WEAPONS, FROM BURKE. Criminal Law. (Before Judge Roney.)

Blandford, J.—1. The evidence was conflicting, and there was enough to support the verdict.

2. If a pistol be carried concealed but for a moment, it is a violation of the law. 46 Ga., 292.

Judgment affirmed.

R. O. Lovett; E. L. Brinson, by brief, for plaintiff in error.

Boykin Wright, solicitor general, by brief, for the State.